UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>RICHARD LINCOLN CASSADY,<br>    Defendant. | CRIMINAL NO. 5:21-97-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. (DE 4.) The recommendation instructed the parties to file any specific written objections within three days after being served with the decision or else waive the right to further review. Neither party has objected, and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Cassady knowingly and competently pleaded guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby ORDERS as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea (DE 4) is ADOPTED as the Opinion of the Court; and

2. Defendant Richard Lincoln Cassady is ADJUDGED guilty of Count 1 of the Information.

Dated September 08, 2021



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY